UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:   Case No. 14-23771-BKC-EPK
            Chapter 11 proceeding

**ROSEBROUGH, DENNIS F.,**

      Debtor,

_____/

## NOTICE OF APPEAL

The Debtor, **Dennis F. Rosebrough**, and his Counsel, **Brett A. Elam, Esq.,** appeal to the District Court of the Southern District of Florida from the Order Granting Motion for Sanctions **(DE#99)** entered in this bankruptcy proceeding March 9, 2015.

The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

| | |
|---|---|
| Brett A. Elam, Esq. | Samuel Sheldon, Esq. |
| Attorney for Rosebrough and | Attorney for Regions Bank, NA |
| Brett A. Elam, Esq. | 17501 Biscayne Blvd. |
| 105 S. Narcissus Avenue | Suite 460 |
| Suite 802 | Aventura, FL 33160 |
| (561) 833-1113 - T | (561) 395-0500 -T |
| (561) 833-1115 -F | (561) 338-7532 -F |

Office of the U.S. Trustee
51 S.W. First Ave., Rm 12047
Miami, Florida 33130

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated this the 23rd day of March 2015.

>BRETT A. ELAM, P.A.
>Attorney for Debtor and
>Brett A. Elam, Esq.
>105 S. Narcissus Avenue
>Suite 802
>West Palm Beach, FL 33401
>(561) 833-1113 (telephone)
>(561) 833-1115 (facsimile)
>
>By: /s/ Brett A. Elam            .
>    BRETT A. ELAM
>    Florida Bar No. 576808



**ORDERED in the Southern District of Florida on March 9, 2015.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                                               Case No. 14-23771-EPK

**DENNIS F. ROSEBROUGH,**                                    Chapter 11

      Debtor.
_____/

### ORDER ON MOTION FOR SANCTIONS

THIS MATTER came before the Court for hearing on February 10, 2015 upon the *Motion for Sanctions Under Federal Rule of Bankruptcy 9011* [ECF No. 19] (the "Motion for Sanctions") filed by Regions Bank (the "Movant"). The Movant has requested sanctions against the debtor in this case, Dennis F. Rosebrough, and against the debtor's counsel, Brett Elam, Esq. (together, the "Respondents").

On December 12, 2014, following notice and a hearing, the Court granted the Motion for Sanctions. ECF No. 75. On December 26, 2014, the Respondents filed the *Motion for Reconsideration of Order Granting Creditor's Motion for Sanctions Pursuant to Federal Rule of Bankruptcy Procedure 9011* [ECF No. 79] (the "Motion for Reconsideration). The

Court granted the Motion for Reconsideration following notice and a hearing and determined to hold a second evidentiary hearing on the Motion for Sanctions on February 10, 2015.

For the reasons stated on the record at the hearing on February 10, 2015, the Respondents will be ordered to pay the Movant's reasonable fees and costs in connection with the debtor's chapter 13 case up through the conversion of the same to chapter 11 and in prosecution of the Motion for Sanctions and defense of the Motion for Reconsideration. The Court finds that the fees and costs enumerated in the Movant's affidavits at ECF No. 71 and ECF No. 93 are reasonable under the circumstances. The Court specifically finds that the fees stated therein represent a reasonable amount of time expended for the necessary work and using hourly rates that are reasonable under the circumstances of this case.

Accordingly, it is ORDERED AND ADJUDGED that:

1. The Motion for Sanctions [ECF No. 19] is GRANTED to the extent provided herein.

2. Within thirty (30) days after entry of this order, the Respondents shall pay, on a joint and several basis, to Movant's counsel for the benefit of the Movant, for reimbursement of legal fees and costs incurred in this matter, the total sum of $13,318.43.

###

Copies furnished to:

Samuel M. Sheldon, Esq.

*Samuel M. Sheldon, Esq. is directed to serve a conformed copy of this order on all appropriate parties and file a certificate of service with the Court.*