UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-80391-MIDDLEBROOKS

In re: DENNIS F. ROSEBROUGH,

    Debtor,

Adv. Case No: 14-23771-EPK

DENNIS F. ROSEBROUGH and
BRETT ELAM

    Appellants,
v.

REGIONS BANK,

    Appellee.

_____/

## ORDER DENYING MOTION FOR ATTORNEYS' FEES

THIS CAUSE comes before the Court on Appellee Regions Bank's Renewed Motion for Attorneys' fees. (DE 26).

Appellants Dennis F. Rosebrough and Brett Elam filed the instant bankruptcy appeal on March 25, 2015. (DE 1). On February 19, 2016, I entered an Order affirming the Bankruptcy Court's Order Granting Sanctions. ("February 19 Order") (DE 25). Also in the February 19 Order, I denied Appellee's Motion for Attorneys' Fees without prejudice, as the record was incomplete. (*Id.*). Appellee filed the instant Motion, supplementing the record and again seeking attorneys' fees. Appellant responded on July 20, 2016, to which Appellee replied on August 1, 2016. (DE 30).

The relevant Bankruptcy Rule provides that a district court may award damages and costs to the appellee if it "determines that an appeal is frivolous." Fed. R. Bankr. P. 8020(a). Having

reviewed the supplemented record, I am not convinced that the appeal was frivolous. Accordingly, it is

**ORDERED AND ADJUDGED** that Appellant Regions Bank's Motion for Attorneys' Fees (DE 26) is **DENIED**.

**SO ORDERED** in Chambers in West Palm Beach, Florida, this 5 day of August, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record